IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02075-WYD-KMT

NAVISTAR FINANCIAL CORPORATION, and
NAVISTAR LEASING COMPANY,

      Plaintiffs,

v.

COLTON CARRIERS, INC., and
JON DIGBY,

      Defendants.

---

**ORDER**

---

This matter is before the court on review of the file. Plaintiffs have filed a Suggestion of

Bankruptcy (Doc. No. 24) advising that Defendant Jon Digby has filed a Voluntary Petition for

Bankruptcy pursuant to Chapter 7 of the United States Bankruptcy Code. Therefore, Sections

361 and 362 of the United States Bankruptcy Code apply with respect to the defendant and the

property of the defendant. Title 11 U.S.C. § 1520(a). Section 362(a) of the Bankruptcy Code

provides

> Except as provided in subsection (b) of this section, a petition filed under section
> 301, 302, or 303 of this title, or . . . operates as a stay, applicable to all entities, of
> (1) the commencement or continuation, including the issuance or employment of
> process, of a judicial, administrative, or other action or proceeding against the
> debtor that was or could have been commenced before the commencement of the
> case under this title, or to recover a claim against the debtor that arose before the
> commencement of the case under this title.

***

        (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. . . .

Title 11 U.S.C. § 362(a). Accordingly, the bankruptcy precludes continuing this litigation with respect to Defendant Jon Digby.

        It is therefore ORDERED that all proceedings in this case are stayed unless and until relief from the automatic stay in the Bankruptcy Case No. 08-17142-MER is granted.

        The plaintiffs are ORDERED to file a Notice in this case within ten days of any relief from stay in the bankruptcy case as to Defendant Jon Digby.

        The plaintiffs are further ORDERED to file status reports beginning September 1, 2008, and on the first of every month thereafter to advise of the status of the proceedings.

        Dated this 2nd day of June, 2008

                          BY THE COURT:

                          s/ Kathleen M. Tafoya
                          KATHLEEN M. TAFOYA
                          United States Magistrate Judge