IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02075-WYD-KMT

NAVISTAR FINANCIAL CORPORATION; and
NAVISTAR LEASING COMPANY,

      Plaintiffs,

v.

COLTON CARRIERS, INC.; and
JON DIGBY,

      Defendants.

---

## ORDER OF DISMISSAL

---

In their Status Report filed November 14, 2008 [doc. # 39], Plaintiffs requested

that this Court dismiss their Complaint against Colton Carriers, Inc. without prejudice.

The Court being fully advised in the premises, it is hereby

ORDERED that the claims asserted in this case by Plaintiffs against Colton

Carriers, Inc. are **DISMISSED WITHOUT PREJUDICE**.  The claims asserted by

Plaintiffs against Jon Digby, the remaining Defendant, are expressly not affected by this

dismissal.

Dated: November 25, 2008.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
Chief United States District Judge