IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02075-WYD-KMT

NAVISTAR FINANCIAL CORPORATION; and
NAVISTAR LEASING COMPANY,

    Plaintiffs,

v.

COLTON CARRIERS, INC.; and
JON DIGBY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On November 25, 2008, the Court dismissed without prejudice Plaintiffs' claims against Colton Carriers, Inc. [doc. #40], as requested by Plaintiffs in their Status Report of November 14, 2008 [doc. #39]. Accordingly, their Application for Entry of Clerk's Judgment [doc. #33, filed August 21, 2008] is **DENIED AS MOOT WITHOUT PREJUDICE**.

    Dated: March 3, 2009