IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02075-WYD-KMT

NAVISTAR FINANCIAL CORPORATION; and
NAVISTAR LEASING COMPANY,

    Plaintiffs,

v.

JON DIGBY,

    Defendants.

---

## ORDER OF DISMISSAL

In their Amended Status Report filed September 17, 2010 [ECF No. 47], Plaintiffs requested that this Court dismiss their Complaint against John Digby without prejudice. The Court being fully advised in the premises, it is hereby

ORDERED that the claims asserted in this case by Plaintiffs against John Digby are **DISMISSED WITHOUT PREJUDICE**. This matter is now closed and the Clerk of the Court shall terminate this case.

Dated: September 30, 2010

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          Chief United States District Judge